IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN M. HERNANDEZ, | No. CIV S-05-1429-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| D.L. RUNNELS, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for leave to proceed in forma pauperis (Doc. 2). Plaintiff's complaint will be addressed by separate order.

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis will, therefore, be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis is granted;

2. Plaintiff is required to pay the statutory filing fee for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

///

1        3.      An initial partial filing fee of $1.52 will be assessed by this order pursuant
2 to 28 U.S.C. § 1915(b)(1);

3       4.      By separate order, the court will direct the appropriate agency to collect the
4 initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court; and

5       5.      Thereafter, plaintiff will be obligated for monthly payments of twenty
6 percent of the preceding month's income credited to plaintiff's prison trust account, such
7 payments to be forwarded by the appropriate agency to the Clerk of the Court each time the
8 amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full, pursuant to 28
9 U.S.C. § 1915(b)(2).

11 DATED: October 12, 2005.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE