IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN M. HERNANDEZ, | No. CIV S-05-1429-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D.L. RUNNELS, | |
| Defendant. | |
| _____ / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's document entitled "Petition for Leave to Amend," (Doc. 7), filed on December 1, 2005.

In his filing, plaintiff does not appear to request any affirmative relief from this court. Instead, he discusses problems he is having regarding access to documents. To the extent plaintiff seeks an order requiring him to amend the complaint, such an order was issued on October 28, 2005. Specifically, in that order the court dismissed plaintiff's complaint with leave to amend. Plaintiff was required to file an amended complaint within 30 days. That time has now expired and plaintiff has not filed an amended complaint. In the interest of justice, however, and to the extent plaintiff now seeks an extension of time to file an amended

1

complaint, the court will grant plaintiff additional time.  Plaintiff is again cautioned that failure to file an amended complaint within the time provided by this order may result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders.  <u>See</u> Local Rule 11-110.

        Accordingly, IT IS HEREBY ORDERED that plaintiff shall file an amended complaint pursuant to the court's October 28, 2005, order within 30 days of the date of service of this order.

DATED:  December 5, 2005.

                                             **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE